IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SECURE AXCESS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| NINTENDO OF AMERICA, INC., ET AL. | § | CASE NO. 2:13-CV-32 |
| ACCELL CORPORATION, ET AL., | § | CASE NO. 2:13-CV-289 |
| | § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## ORDER OF PARTIAL DISMISSAL

Defendants, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, having moved the Court to dismiss Plaintiff's willful infringement claims against them (Dkt. No. 17), the Plaintiff having agreed to the dismissal of such claims, the Court having reviewed the record, and being in all respects duly and sufficiently advised,

IT IS HEREBY ORDERED that Defendants' Motion (Dkt. No. 17) is GRANTED as agreed and Plaintiff's willful infringement claims against Defendants are hereby dismissed without prejudice.

Plaintiff's Motion for Extension of Time to File Response to Defendants' Motions to Dismiss (Dkt. No. 52) is hereby DENIED-AS-MOOT.

**So ORDERED and SIGNED this 10th day of February, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE